UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 22797
    KENNETH RAY
    LAWANA SCOTT RAY                       CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
        Debtor
    SSN XXX-XX-4199    SSN XXX-XX-6647
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 12/05/2007 and was confirmed 03/06/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  49.00%.

    The case was dismissed after confirmation 07/17/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FRANKLIN CREDIT MANAGEME | CURRENT MORTG | .00 | .00 | .00 |
| FRANKLIN CREDIT MANAGEME | MORTGAGE ARRE | 1912.68 | .00 | .00 |
| RESCAP MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| RESCAP MORTGAGE | MORTGAGE ARRE | 37401.57 | .00 | 86.84 |
| INTERNAL REVENUE SERVICE | PRIORITY | 5636.06 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 424.88 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1271.64 | .00 | .00 |
| HARRAHS CASINO | UNSECURED | NOT FILED | .00 | .00 |
| HORSESHOE CASINO | UNSECURED | NOT FILED | .00 | .00 |
| MAJESTIC STAR CASINO | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 1736.24 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD COSIGNERS | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 9473.76 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 24.75 | .00 | .00 |
| RFC SUBPRIME SCH | NOTICE ONLY | NOT FILED | .00 | .00 |
| RFC SUBPRIME SCH | NOTICE ONLY | NOT FILED | .00 | .00 |
| FELD & KORRUB LLC | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 242.33 |
| DEBTOR REFUND | REFUND | | | .00 |

              Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 3,029.17 | |
| PRIORITY | | .00 |
| SECURED | | 86.84 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,700.00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 22797 KENNETH RAY & LAWANA SCOTT RAY

```
TRUSTEE COMPENSATION                                     242.33
DEBTOR REFUND                                              .00
                           ---------------        ---------------
TOTALS                            3,029.17               3,029.17
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
Dated: 12/22/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE